IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 24 HOUR FITNESS, INC. | ) |
|            Petitioner, | ) |
| vs. | ) Case No. 11-CV-418 |
| RAMSAY GEHA, | ) |
|            Respondent. | ) |

**STIPULATION AND ORDER**

The Parties in the above matter have reached an agreement in principle to resolve all claims, motions and issues outstanding between them, including the above captioned action pending before this Court, and are in the process of memorializing the agreement. Accordingly, the parties, through their undersigned counsel, stipulate to a one-week extension of time for the filing of opposition and reply briefs to Respondents' Omnibus Motion for Order Entitling Respondents to an Award of Reasonable Attorneys' Fees and Costs as Sanctions Against Petitioner and its Counsel of Record under 28 U.S.C. 1927 and the Bad Faith Exception to the American Rule, and all related documents, including declarations, exhibits and Notices of Joinder in said motions. Therefore, in an effort to preserve judicial resources pending the execution of a Settlement Agreement, the Parties believe that a one-week extension is appropriate. The Parties will continue to keep the Court apprised of the status of the settlement.

IT IS SO STIPULATED.

Dated:  February 4, 2013

*/s/  Justin P. Karczag*
Justin P. Karczag
California Bar Number:  223764
Nevada Bar Number:  12414
Hawaii Bar Number:  9709
Federal I.D. 1357865

FOLEY BEZEK BEHLE & CURTIES, LLP
575 Anton Blvd., Suite 710
Costa Mesa, California  92626
Phone:  714.556.1700
Fax:  714.546.5005
E-Mail:  jkarczag@foleybezek.com

Attorneys for Respondent

Dated:  February 4, 2013

*/s/  Jeannie M. DeVeney*
Jeannie M. DeVeney #24356
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106
Telephone:  816.627.4405
Fax:  816.627.1453
jdeveney@littler.com

Attorneys for Petitioner

**IT IS SO ORDERED**

Dated:  2/4/2013

_____
JUDGE JOSEPH BATAILLON
United States District Court Judge for the
 District of Nebraska

Firmwide:117956233.1 700000.1277

- 2 -